Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                          Case No.:  20−12690−ABA
                                          Chapter:  13
                                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Russell James Williams
   436 Oak Rd
   Apt A
   Shiloh, NJ 08353

Social Security No.:
   xxx−xx−3151

Employer's Tax I.D. No.:

---

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 29, 2020</u>                   <u>Andrew B. Altenburg Jr.</u>
                                             Judge, United States Bankruptcy Court